EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 2 2002

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00378 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 1543 and 2 |
| | ) | |
| DUSTIN F. ROGERS and   (01) | ) | |
| RALF U. MARTIN,        (02) | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about January 12, 1998, in the District of Hawaii and elsewhere, the Defendants, DUSTIN F. ROGERS and RALF U. MARTIN, did falsely make documents purporting to be validly issued passports under the authority of the Empire Washitaw de Dugdahmoundyah, knowing that no such

entity was authorized to issue or make passports, with the intent that the documents purporting to be passports be used for travel, in violation of Title 18, United States Code, Sections 1543 and 2.

### COUNT 2

The Grand Jury further charges that:

On or about May 5, 1998, within the District of Hawaii, the Defendant, DUSTIN F. ROGERS, willfully and knowingly furnished to A. K., for use by A. K., a false document purporting to be a passport, in violation of Title 18, United States Code, Section 1543.

DATED: ___9/12___, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

<u>United States vs. Rogers, et al.</u>
Cr. No. _____
"Indictment"

2