EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA


              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00378 HG |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS AND |
| | ) | RECALL WARRANTS; ORDER |
| vs. | ) | |
| | ) | |
| DUSTIN F. ROGERS and  (01) | ) | |
| RALF U. MARTIN,        (02) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |


              <u>MOTION TO DISMISS AND RECALL WARRANTS</u>

          Comes now the United States of America who, in the

interest of justice and the inability to locate the Defendants,

requests that this case be dismissed and the warrants issued on

// //

// //

// //

September 12, 2002, for the arrest of the Defendants, DUSTIN F.

ROGERS and RALF U. MARTIN, be recalled.

DATED:  Honolulu, Hawaii, April 17, 2007.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Leslie E. Osborne, Jr.
   LESLIE E. OSBORNE, JR.
   Assistant U.S. Attorney


IT IS SO ORDERED:

DATED:  Honolulu, Hawaii, April 30, 2007.



 /s/ Helen Gillmor
Chief United States District Judge


United States v. Dustin F. Rogers, et al.
Cr. No. 02-00378 HG
"Motion to Dismiss and Recall Warrants; Order"